UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD HUMPHREY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-817-JWD-RLB** |
| **TIDEWATER GOM, INC., ET AL.** | |

## ORDER

Before the Court is a Motion to Quash Deposition (R. Doc. 72). The deposition was scheduled to occur tomorrow, September 21, 2022. Trial is set to begin on October 3, 2022.

Discovery in this matter is closed. There has been no request to conduct discovery outside of the now expired deadlines set by the Court. The deposition shall be quashed for this reason.

In addition, counsel for plaintiff has advised the undersigned and opposing counsel that the deposition of Dr. Stokes is no longer necessary. Dr. Stokes can be available at trial beginning on the morning of October 5, 2022. Counsel understands that this may require an accommodation from the trial judge concerning the order of witnesses and each parties' presentation of evidence.

For the reasons set forth above, the deposition of Dr. Stokes will not take place tomorrow. Accordingly, the motion (R. Doc. 72) is **GRANTED**.

Signed in Baton Rouge, Louisiana, on September 20, 2022.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**